UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MFALME EL BEY,

    Plaintiff,

  v.

SECRETARY OF HOUSING AND URBAN DEVELOPMENT,

    Defendant.

Case No. 25-cv-1212-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on the Court's July 30, 2025, order for plaintiff Mfalme El Bey to show cause why the Court should not construe his failure to timely respond to the motion to dismiss filed by the defendant Secretary of Housing and Urban Development (Doc. 5) as an admission of the merits of the motion and dismiss his claim against the defendant (Doc. 6). A response was due August 20, 2025. The Court warned El Bey that if he failed to respond to the show cause order, the Court might dismiss this action for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(b) and the Court's inherent authority to manage its docket. *See In re Bluestein & Co.*, 68 F.3d 1022, 1025 (7th Cir. 1995).

The order to show cause was returned by the United States Postal Service with indications that El Bey was no longer at the address on the Court's docket and that mail could not be forwarded to him. So not only has El Bey failed to respond to the defendant's motion to dismiss, he failed to keep the Court apprised of his address. Not surprisingly, he has not responded to the Court's order to show cause.

In light of these failures, as it warned it would do, the Court **DISMISSES** this case **without prejudice** pursuant to Federal Rule of Civil Procedure 41(b) for lack of prosecution and

its inherent authority and **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED: September 2, 2025**

                                         s/ J. Phil Gilbert
                                         **J. PHIL GILBERT**
                                         **DISTRICT JUDGE**