UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MFALME EL BEY,

    Plaintiff,

v.

SECRETARY OF HOUSING AND URBAN DEVELOPMENT,

    Defendant.

Case No. 25-cv-1212-JPG

## JUDGMENT

This matter having come before the Court and the plaintiff having failed to prosecute this action,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**DATED:  January 30, 2026**          **MONICA A. STUMP, Clerk of Court**

                                                                **s/Tina Gray, Deputy Clerk**

**Approved:**     s/ J. Phil Gilbert
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**